DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEROME TITA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3019

[March 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 09-5390CF10A.

Robert D. Devin of Robert D. Devin, P.A., Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***